**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Synergy HomeCare Franchising, LLC, | ) | No. CV-12-1601-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Aviatech, LLC, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 29.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, July 22, 2013 at 3:00 p.m.**

DATED this 18th day of July, 2013.

Stephen M. McNamee
Senior United States District Judge